UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                          :

                - v. -                              **DECLARATION OF SPECIAL**
                                                                                  **AGENT RONALD J. HANSEN**
                                                        :

DAVID CHRISTIE,                                   S1 08 Cr. 1244 (RWS)
      a/k/a "Big Man,"                           :

                      Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK           )
COUNTY OF NEW YORK          : ss.:
SOUTHERN DISTRICT OF NEW YORK )

        Ronald J. Hansen, under penalty of perjury, declares:

        1.     I am a Special Agent with the United States Immigration and Customs Enforcement/Department of Homeland Security ("ICE/DHS"). I have received relevant training and have personally participated in, among other things, extensive investigations involving Narcotics and Contraband. Since 2015, I have directed various queries to identify assets in the name of David Christie, pursuant to the matter United States v. David Christie, S1 08 Cr. 1244 (RWS).

        2.     I respectfully make this declaration in connection with the Government's application for a Preliminary Order of Forfeiture as to Substitute Assets, as to the following properties located in the country of Jamaica:

        a.     The real property, improvements, and appurtenances known and described as Lot 166, located in Catherine Mount, Montego Bay, St. James, Volume/Folio: 1124/847;

        b.     The real property, improvements, and appurtenances known and described as Lot 450, Section B & D Westgate Hills, Phase 2, St. James

1

Volume/Folio: 1307/202;

c. The real property, improvements, and appurtenances known and described as Lot 420, located in Hibiscus Drive, Torado Heights, Ironshore, St. James, Volume/Folio: 1060/129; and

d. The real property, improvements, and appurtenances known and described as Lot 1080, located in Ironshore, Taylor Road, Little River, Volume/Folio: 1270/82.

3. From my review of the case file, I am familiar with the facts and circumstances of this forfeiture case. Because this declaration is being submitted for a limited purpose, I have not included in it everything I know about this forfeiture case. Where the contents of documents and the actions, conversations, and statements of others are related herein, they are related in substance and in part.

**The Indictment**

4. On or about May 20, 2009, DAVID CHRISTIE, a/k/a "Big Man," (the "defendant"), among others, was charged in a two-count Superseding Indictment, S1 08 Cr. 1244 (RWS) (the "Indictment"), with conspiring to distribute and possess with the intent to distribute, a controlled substance, to wit, (1) five kilograms and more of mixtures and substances containing a detectable amount of cocaine and (2) 100 kilograms and more of mixtures and substances containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 846 (Count One) and conspiring to import into the United States from a place outside thereof, a controlled substance, to wit, (1) five kilograms and more of mixtures and substances containing a detectable amount of cocaine from Jamaica, and (2) 100 kilograms and more of mixtures and substances containing a detectable amount of marijuana from Jamaica, in violation of Title 21, United States Code, Sections 812,

952, 960(b)(1)(B), 960(b)(2)(G), and 963 (Count Two);

5. The Indictment included a forfeiture allegation seeking, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the offenses alleged in Counts One and Two of the Indictment and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged in Counts One and Two of the Indictment;

6. On or about February 1, 2010, a jury in the Southern District of New York found the defendant guilty of the offenses charged in the Indictment;

7. On January 20, 2011, the defendant was sentenced and ordered to forfeit $3,150,000 in United States currency representing the proceeds obtained as a result of commission of the offenses charged in Counts One and Two of the Indictment;

## The Order of Forfeiture

8. On or about January 2, 2011, the Court entered an Order of Forfeiture (the "Order of Forfeiture") imposing a $3,150,000.00 money judgment (the "Money Judgment");

9. The entire Money Judgment against the defendant remains unpaid;

## The Substitute Asset

10. Since the date of the entry of the Order of Forfeiture, despite the exercise of due diligence in investigating the assets of the defendant, the Government has been unable to locate the proceeds of the defendant's offenses.

11. However, the United States has located the following assets of the defendant located in the country of Jamaica:

    a. The real property, improvements, and appurtenances known and described as Lot 166, located in Catherine Mount, Montego Bay, St. James,

Volume/Folio: 1124/847;

b. The real property, improvements, and appurtenances known and described as Lot 450, Section B & D Westgate Hills, Phase 2, St. James Volume/Folio: 1307/202;

c. The real property, improvements, and appurtenances known and described as Lot 420, located in Hibiscus Drive, Torado Heights, Ironshore, St. James, Volume/Folio: 1060/129; and

d. The real property, improvements, and appurtenances known and described as Lot 1080, located in Ironshore, Taylor Road, Little River, Volume/Folio: 1270/82.

(a-d collectively, the "Substitute Assets")

12. I have conducted an investigation into any other assets that the defendant might have to satisfy the Money Judgment against him. To date, the only asset held by the defendant that I have been able to locate is his interest in the Substitute Assets.

I declare under penalties of perjury that the foregoing is true and correct, pursuant to Title 28, United States Code, Section 1746.

Dated:  New York, New York
        February 19, 2016

_____
RONALD J. HANSEN
Special Agent
U.S. Immigration and Customs
Enforcement/Department of Homeland Security

Sworn to or subscribed
before me this 19th day of February 2016

_____
Notary Public

CHRISTOPHER GERARD MCSHEA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MC6240723
Qualified in Kings County
My Commission Expires May 09, 2018

4