UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    08cr1244(DLC)
UNITED STATES OF AMERICA,                :
                                         :    ORDER
            -v-                          :
                                         :
DAVID CHRISTIE,                          :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2020
```

DENISE COTE, District Judge:

On September 3, 2020, the Court received a letter from defendant requesting that the Court appoint counsel to assist him in filing a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Accordingly, it is hereby

ORDERED that C.J.A. counsel on duty this date, Steven E. Lynch, is appointed to represent the defendant in the above captioned matter.

IT IS FURTHER ORDERED that Christie's petition for compassionate release shall be filed by **October 23, 2020**.

IT IS FURTHER ORDERED that the Government shall submit any opposition to Christie's petition by **November 20**.

SO ORDERED:

Dated:   New York, New York
         September 11, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge

Copy Mailed To:

David Christie

61834-054

FCI Oakdale – 1

Federal Correctional Facility

P.O. Box 5000

Oakdale LA 71463