```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :
             -v-                       :         08cr1244 (DLC)
                                       :
DAVID CHRISTIE,                        :             ORDER
                                       :
                  Defendant.           :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On October 23, 2020, David Christie, represented by appointed counsel, petitioned this Court for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). The Government opposed the application on November 20, and Christie filed a reply on November 24. Christie also filed a supplemental letter in support of his compassionate release petition, which was dated November 25, 2020 and was received and docketed by this Chambers on December 2. On December 7, this Court denied Christie's application, concluding that the sentencing factors set forth at 18 U.S.C. § 3553(a) do not weigh in favor of release.

In a letter dated December 22, 2020,[1] Christie has moved for reconsideration of the December 7 denial of his application for compassionate release. This Court has considered the November

---

[1] The December 22, 2020 letter was received and docketed by this Chambers on January 27, 2021.

25 and December 22 letters and concludes that the relevant factors do not weigh in favor of release. Accordingly, it is hereby

ORDERED that the December 22, 2020 motion for reconsideration is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mail Christie a copy of this Order and note mailing on the docket.

SO ORDERED:

Dated:   New York, New York
         January 29, 2020

_____
DENISE COTE
United States District Judge

```
Copy mailed to:
DAVID CHRISTIE (#61834-054)
FCI OAKDALE-1
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
OAKDALE, LA 71463
```